**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| KENNETH CHARLES HANLEY and ZENIA JOYNER on behalf of themselves and others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 1:22-cv-00809-JRR |

**JOINT STATUS REPORT**

Plaintiffs Kenneth Hanley and Zenia Joyner ("Plaintiffs") together with Defendant State Farm Mutual Automobile Insurance Company ("State Farm" or "Defendant") (collectively, the "Parties") by their undersigned counsel and pursuant to this Court's Order dated December 4, 2023 (ECF No. 129), submit this Joint Status Report.

**I.      Status of Discovery**

Since filing the Initial Joint Status Report (ECF No. 49) on March 2, 2023, the Parties have completed fact (with the exception of the deposition of Plaintiff Joyner) and certain expert discovery, including production of documents and conducting eight depositions.[1]

---

[1] As stated in the Initial Joint Status Report (ECF No. 49 at 2), both parties reserve the right to take additional discovery after rulings on class certification, including identifying additional witnesses or conducting discovery regarding opinions of previously disclosed expert witnesses, as appropriate. For example, Plaintiffs have deferred taking depositions of State Farm's designated experts as necessary until after rulings on class certification.

## II.      Pending Motions

State Farm's Motion for Summary Judgment, or, in the Alternative, to Compel Appraisal and Stay (ECF No. 69) filed on May 25, 2023, is pending.

## III.      Settlement Negotiations

The parties have discussed settlement but reached no agreement.

## IV.      Schedule

Pursuant to the Court's Order granting Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 126), the Parties propose the following revisions to the current Amended Scheduling Order (ECF No. 115):

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Plaintiffs produce responsive documents and written responses to State Farm's discovery requests to Plaintiff Joyner; State Farm produces all responsive documents regarding Plaintiff Joyner's claim | Plaintiffs' documents and responses to State Farm's written discovery currently due December 27, 2023 | January 9, 2024 |
| Plaintiff Joyner's Deposition | n/a | January 16, 2024 |
| Deadline for Plaintiffs to file any Class Certification Motion;[2] deadline for State Farm to file any dispositive motion regarding Plaintiffs' individual claims | December 22, 2023 | January 30, 2024 |

[2] To the extent Plaintiffs support their Class Certification Motion with expert evidence, that expert evidence is limited to the expert witnesses and opinions produced before the deadline noted in ECF No. 115 for Plaintiffs to issue a supplemental expert disclosure under Rule 26(a)(2).

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Deadline for State Farm to file any Opposition to Plaintiffs' Class Certification Motion;[3] deadline for Plaintiffs to oppose any dispositive motion regarding Plaintiffs' individual claims | January 18, 2024 | February 27, 2024 |
| Deadline for Plaintiffs to file any Reply in Support of their Class Certification Motion; deadline for State Farm to file a reply in support of any dispositive motion regarding Plaintiffs' individual claims | February 9, 2024 | March 12, 2024 |

MARGINAL ORDER: It is this 18th day of December 2023, hereby ORDERED that the joint status report is APPROVED; and it is further ORDERED that the Scheduling Order deadlines shall be modified as set forth herein.

/s/
Julie R. Rubin
United States District Judge

---

[3] To the extent Defendant supports its Class Certification Opposition with expert evidence, that expert evidence is limited to the expert witnesses and opinions produced before the deadline noted in ECF No. 115 for Defendant to identify expert witnesses and produce their opinions under Rule 26(a)(2).

Dated: December 15, 2023

Respectfully submitted,

s/ Cyril V. Smith

Cyril V. Smith (#07332)
Aiza H. Siddiqi (#21460)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332–0444; (410) 659–0436 (fax)
csmith@zuckerman.com
asiddiqi@zuckerman.com

David A. Muncy (#18861)
Plaxen Adler Muncy
10211 Wincopin Circle Suite 620
Columbia, Maryland 21044
410-730-7377
dmuncy@plaxenadler.com

J. Benjamin Finley (*pro hac vice*)
Kirkland E. Reid (*pro hac vice*)
N. Nickolas Jackson (*pro hac vice*)
The Finley Firm, P.C.
200 13th Street
Columbus, Georgia 31901
(706) 322-6226, (706) 322-6221 (fax)
bfinley@thefinleyfirm.com
kreid@thefinleyfirm.com
njackson@thefinleyfirm.com

MaryBeth V. Gibson (*pro hac vice*)
The Finley Firm, P.C.
Piedmont Center
3535 Piedmont Road, Building 14, Suite 230
Atlanta, Georgia 30305
(404) 320-9979, (404) 320-9978 (fax)
mgibson@thefinleyfirm.com

R. Brent Irby (*pro hac vice*)
Irby Law, LLC
2201 Arlington Avenue
South Birmingham, Alabama 35205
(205) 545-8334
brent@irbylaw.net
*Attorneys for Plaintiffs and the Proposed Class*

s/ Eric L. Robertson

Laura Basem Jacobs, Esq., Bar #03142
Budow and Noble, P.C.
12300 Twinbrook Parkway, Suite 540
Rockville, MD  20852
Telephone:     301.654.0896
Facsimile:     301.907.9591
Email:          LJacobs@BudowNoble.com

Peter W. Herzog III (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
One Metropolitan Square
211 N. Broadway, Suite 2825
St. Louis, MO  63102-2723
Telephone:     303.244.1800
Facsimile:     303.244.1879
Email:          pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:     303.244.1800
Facsimile:     303.244.1879
Email:          robertson@wtotrial.com

*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

5