IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KENNETH CHARLES HANLEY,** on behalf of himself and others similarly situated, | * |
| | * |
| Plaintiff, | * |
| | *   Case No. 1:22-cv-00809-JRR |
| v. | * |
| **STATE FARM MUTUAL AUTOMOBILE, INSURANCE COMPANY,** | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

This matter comes before the court on Defendant State Mutual Automobile Insurance Company's Motion for Summary Judgment or, in the Alternative, to Compel Appraisal and Stay. (ECF No. 141; "the Motion.") The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 10th day of May 2024:

**ORDERED** that the Motion (ECF No. 141) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that **JUDGMENT** shall be entered in favor of Defendant State Farm Mutual Automobile Insurance Company and against Plaintiff; and further it is

**ORDERED** that Madam Clerk shall **CLOSE** this case.

/s/
Julie R. Rubin
United States District Judge